■ JERRY SWENEY, Respondent, v COUNTY OF NIAGARA et al., Appellants. COUNTY OF NIAGARA, Third-Party Plaintiff-

Respondent, v INTER-COMMUNITY MEMORIAL HOSPITAL OF NEW-FANE, INC., et al., Third-Party Defendants-Appellants. [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.